**Sam Sorkin, et al., Plaintiffs-Appellees, v. Maurice J. Lazarus (Bernice Lazarus, Deceased), et al., Defendants-Appellants.**

Gen. No. 51,714.

First District.

December 2, 1968.

Elmer Gertz, of Chicago (Elmer Gertz and Wayne B. Giampietro, of counsel), for appellants; Bernard H. Sokol, of Chicago (Sokol, Schwab & Agran, of counsel), for appellees. Opinion by PRESIDING JUSTICE SMITH. Not to be published in full.